ROSS v. CORNELL STEAMBOAT CO.

(Circuit Court of Appeals, Third Circuit. November 2, 1906. Rehearing
Denied December 31, 1906.)

No. 32.

COLLISION—TUG WITH TOW AND ANCHORED DREDGE—MUTUAL FAULTS.

A tug coming down the Hudson river at night with a long tow held in
fault for a collision between her tow and a dredge anchored at the side
of the channel in a position known to the tug, and the dredge also held
in fault for remaining at night in a place where by reason of a bend in
the river it was difficult for vessels with long tows to pass her in safety.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 10, Collision, § 79.]

Appeal from District Court of the United States for the District
of New Jersey.

For opinion below, see 143 Fed. 166.

Charles D. Thompson, for P. Sanford Ross.
J. Parker Kirlin, for Cornell Steamboat Co.,

Before DALLAS, GRAY, and BUFFINGTON, Circuit Judges.

PER CURIAM. These are cross-appeals from a final decree of the
District Court for the District of New Jersey in a cause civil and mari-
time.

The libelant was the owner of a dredge, and in his libel he sought to
recover damages from the respondent for a collision between the
dredge, which was anchored in the Hudson river, and one or more of
a string of barges in tow of the respondent's steamboat. The court
below found both parties at fault, and divided the damages between
them. In approving this decision, we adopt the reasoning of the
learned judge upon which it is founded, as set forth in the full and
satisfactory opinion filed by him and to be found in 143 Fed. 166.

The decree of the court below is affirmed.